THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GUO GUI YU,<br><br>                    Defendant. | CASE NO. CR20-0171-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of defense counsel for Defendant Guo Hui Yu (Dkt. No. 112). The Court hereby GRANTS Defendant's motion and allows attorney Nicholas Vitek to withdraw from representing Defendant Guo Gui Yu and attorney Kathy Hao to act as Defendant's retained counsel of record.

DATED this 9th day of June 2021.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk