1

2

3

4

5

6

7                          **UNITED STATES DISTRICT COURT**

8                          **WESTERN DISTRICT OF WASHINGTON**

9
    UNITED STATES OF AMERICA,                    )
10                                               )
                              Plaintiff,         )
11                                               )   No. CR20-171JCC
    vs.                                          )
                                                 )   MOTION TO SUPPRESS DEFENDANT
12                                               )   WENGUAN LEI'S STATEMENTS
    WOBIAO LEI,                                  )
13  XINMING WU,                                  )     ORAL ARGUMENT REQUESTED
    YI JUN CHEN,                                 )
14  GUO GUI YU,                                  )     NOTE DATE:  06/10/2022 OR any convenient
    SONG K. HUANG,                               )     date for the court and witnesses
15  ZHIQIANG LIU,                                )
    WENGUAN LEI,                                 )
16  CHEE CHOONG NG,                              )
    GUOLONG LI and                              )
17  LINGFENG LEI,                                )
                        Defendants.              )
18                                               )
                                                 )
19  _____            )

    TO US DISTRICT ATTORNEY'S OFFICE
20  BORIS PETRENKO
    AND ALL OTHER RELATED PARTIES
21  AND TO THE CLERK OF THE COURT

22                          <u>MOTION TO SUPPRESS STATEMENTS</u>

23          Defense Counsel, Gregory Scott Hoover, hereby moves the court for an order

24  SUPPRESSING THE STATEMENTS AND ANY EVIDENCE FOUND AS A RESULT OF THE

25  STATEMENTS OF THE DEFNEDANT WENGUAN LEI.  This motion is based upon the

    MOTIONS TO SUPPRESS - 1

                                                    HOOVER LAW GROUP P.L.L.C.
                                                    1805 – 136th Place NE #203
                                                    Bellevue, WA 98005
                                                    Phone:  (206) 613-3111
                                                    Fax:  (206) 613-3112
                                                    E-mail:  greg@gshlaw.net

attached pleadings and the declarations of Gregory Scott Hoover and Fawn Chen Hoover filed

with the court.



Dated this 27TH of May 2022

_____
Gregory Scott Hoover WSBA #28049
Attorney for the Defendant
WENGUAN LEI

MOTIONS TO SUPPRESS - 2

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone:  (206)  613-3111
Fax:  (206) 613-3112
E-mail:  greg@gshlaw.net