THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GUO GUI YU,<br><br>        Defendant. | CASE NO. CR20-0171-JCC-4<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to withdraw and substitute counsel (Dkt. No. 330). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Kathy Q. Hao may withdraw and William Frick may act as new counsel for Defendant.

DATED this 22nd day of June 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
CR20-0171-JCC-4
PAGE - 1