UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUO GUI YU,<br><br>Defendant. | NO. CR20-171-JCC<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Guo Gui Yu's interest in the following property (the "Property"):

    a.    $30,000 in U.S. currency that was seized from Defendant Guo Gui Yu's safe deposit box at Chase Bank on October 23, 2020; and,

    b.    Gold jewelry that was seized from Defendant Guo Gui Yu's safe deposit box at Chase Bank on October 23, 2020.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

///

Final Order of Forfeiture - 1
*United States v. Guo Gui Yu,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On May 13, 2022, Defendant pled guilty to Conspiracy to Manufacture and Distribute Marihuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. Dkt. No. 287. In his Plea Agreement, Defendant agreed to forfeit his interest in any proceeds of and/or facilitating property for such offense, including the above-identified Property, pursuant to 21 U.S.C. § 853. *Id.* ¶ 12.

- On August 15, 2022, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it. Dkt. No. 344.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 443) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Ex. A).

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

///

Final Order of Forfeiture - 2
*United States v. Guo Gui Yu,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 22nd day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Guo Gui Yu,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970